

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00015-CV

IN THE INTEREST OF W.M., A CHILD

------------

FROM THE 393RD DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 2012-61183-393

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Motion for Nonsuit," which we construe as a motion to dismiss the appeal. It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GABRIEL, JJ.

---

[1]*See* Tex. R. App. P. 47.4.

DELIVERED:  August 27, 2015